Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
WILLIAM BENTKOWSKY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM BENTKOWSKY,<br><br>                    Plaintiff,<br><br>     v.<br><br>BENCHMARK RECOVERY, INC., a Washington corporation, and JEFFREY J. LASNIER, individually and in his official capacity,<br><br>                    Defendants. | Case No. 3:13-CV-01252-NC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:         June 19, 2013<br>Time:        10:00 a.m.<br>Judge:       Honorable Nathaneal Cousins<br>Courtroom: A, 15th Floor<br>Place:        450 Golden Gate Avenue<br>                  San Francisco, California |

Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for June 19, 2013.  On June 5, 2013, the Court Clerk entered the default of both Defendants in this case.  (Doc. 10)  Plaintiff is currently preparing a Motion for Default Judgment against both Defendants which will be filed shortly.  In light of Defendants' default in this matter, Plaintiff requests that the Case Management Conference be continued for ninety (90) days.

                                                            CONSUMER LAW CENTER, INC.


Dated:  June 10, 2013                          By: /s/ Fred W. Schwinn          
                                                            Fred W. Schwinn, Esq.
                                                            Attorney for Plaintiff
                                                            WILLIAM BENTKOWSKY

**[PROPOSED] ORDER**

Having considered the Plaintiff's Request to Continue Case Management Conference, the request is GRANTED.  A Case Management Conference shall be held on September 25, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, San Francisco.

Plaintiff shall file a Case Management Statement no later than September 18, 2013.

Dated: June 11, 2013

The Honorable Nathanael M. Cousins
United States Magistrate Judge



IT IS SO ORDERED
Judge Nathanael M. Cousins