IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BENTKOWSKY,

    Plaintiff,

    v.

BENCHMARK RECOVERY, INC., *et al.*,

    Defendants.

No. C 13-01252 WHA

**ORDER RE ATTORNEY'S FEES**

Plaintiff has requested $1,000 in attorney's fees for obtaining the default and opposing the request to set aside the default (Dkt. No. 40). Defendants "do not contest Plaintiff's request for $1,000 as the attorneys' fees incurred for obtaining the default and opposing the request to set aside the default . . ." (Dkt. No. 41). Defendants should pay plaintiff his attorney's fees by **DECEMBER 16, 2013.**

After defendants have paid plaintiff $1,000 for his expenses, the parties shall file a joint statement stating so. Afterwards, the Court will grant defendants' motion to set aside default.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE