IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM BENTKOWSKY,

    Plaintiff,

  v.

BENCHMARK RECOVERY, INC., *et al.*,

    Defendants.

No. C 13-01252 WHA

**SECOND ORDER RE ATTORNEY'S FEES**

On December 2, 2013, defendants were ordered to pay plaintiff $1,000 in attorney's fees by December 16, 2013. Both parties will have until **DECEMBER 18, 2013, AT NOON** to file a joint statement that the attorney's fees were paid.

**IT IS SO ORDERED.**

Dated: December 16, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE