UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BENTKOWSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>BENCHMARK RECOVERY, INC, et al.,<br><br>    Defendants. | Case No. 13-cv-01252-VC<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER AND DENYING AS MOOT MOTION TO STRIKE** |

The plaintiff moves to strike all of the affirmative defenses in the defendants' Answer, contending the defenses are not plead with sufficient particularity to provide fair notice and/or are immaterial to the action. Docket No. 48. In response, the defendant has offered an Amended Answer. Docket No. 50, Ex. 1. The Court finds that the Amended Answer corrects the deficiencies at issue in the original Answer and satisfies the pleading standard. Accordingly, the Court GRANTS the defendants leave to file their Amended Answer and DENIES the Motion to Strike as moot.

The motion hearing on May 29, 2014 is VACATED. However, the parties are directed to appear for a case management conference on May 29, 2014 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: May 21, 2014

_____
VINCE CHHABRIA
United States District Judge