UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BENTKOWSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>BENCHMARK RECOVERY, INC, et al.,<br><br>    Defendants. | Case No. 13-cv-01252-VC<br><br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT, GRANTING MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, AMENDING CASE MANAGEMENT SCHEDULE**<br><br>Re: Dkt. Nos. 64, 68, 69 |

The cross-motions for summary judgment are denied for failure to comply with Paragraph 16 of the Court's civil standing order. The motion for leave to file a first amended complaint is granted. The hearings on the motions are vacated. The case management schedule is amended as follows:

December 8, 2014:  Jury trial

November 25, 2014:  Final pretrial conference

October 16, 2014:  Hearing on cross motions for summary judgment

September 12, 2014:  Expert discovery cutoff

September 5, 2014:  Fact discovery cutoff (new claim only)

**IT IS SO ORDERED.**

Dated: July 28, 2014

VINCE CHHABRIA
United States District Judge