Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
WILLIAM BENTKOWSKY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM BENTKOWSKY,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>BENCHMARK RECOVERY, INC., a Washington corporation, and JEFFREY J. LASNIER, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. 3:13-CV-01252-VC-JCS<br><br>**STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>[N.D. Cal. Civ. L.R. 6-2]<br><br>Hearing Date:　　　October 16, 2014<br>Hearing Time:　　　10:00 a.m.<br>Hearing Judge:　　　Vince Chhabria<br>Hearing Courtroom:　4, 17th Floor<br>Hearing Location:　　450 Golden Gate Avenue<br>　　　　　　　　　　San Francisco, California |

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

　　　　1.　　On March 20, 2013, Plaintiff filed his Complaint (Doc. 1) in this case alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., and the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788 *et seq*. On July 28, 2014, Plaintiff filed his First Amended Complaint (Doc. 71), pursuant to the Court's Order entered on July 28, 2014 (Doc. 70).

　　　　2.　　On July 24, 2014, both Plaintiff and Defendants each filed motions for summary judgment (Docs. 68 and 69). Four days later, on July 28, 2014, the Court entered an Order (Doc. 70) denying both parties' summary judgment motions, without prejudice, for failure to follow the procedures set forth in the Court's Standing Order. Specifically, the Court's Standing Order prohibits

simultaneous cross-motions for summary judgment, which results in three pairs of briefs.

3. The Court's Order (Doc. 70) set a new hearing date for the parties' summary judgment motions of October 16, 2014.

4. The parties thus respectfully request that the Court enter an Order setting the briefing schedule for the parties' motions for summary judgment as follows:

    a. Plaintiff's opening brief shall be filed on or before August 28, 2014.

    b. Defendants' opening brief/opposition shall be filed on or before September 11, 2014.

    c. Plaintiff's opposition/reply brief shall be filed on or before September 25, 2014.

    d. Defendants' reply brief shall be filed on or before October 2, 2014.

5. Subsequent to the Court's July 28, 2014, Order, no briefing schedule has previously been set for the parties' motions for summary judgment.

6. The proposed briefing schedule will have no effect on the October 16, 2014, hearing date set by the Court.

oo0oo

|   |   |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | CONSUMER LAW CENTER, INC. |

IT IS SO STIPULATED.

                                                             CONSUMER LAW CENTER, INC.

Dated: August 18, 2014                    By: /s/ Fred W. Schwinn
                                                           Fred W. Schwinn, Esq.
                                                           Attorney for Plaintiff
                                                           WILLIAM BENTKOWSKY

                                                           KRONICK, MOSKOVITZ,
                                                           TIEDEMANN & GIRARD

Dated: August 18, 2014                    By: /s/ June D. Coleman
                                                           June D. Coleman, Esq.
                                                           Attorney for Defendants
                                                           BENCHMARK RECOVERY, INC.,
                                                           and JEFFREY J. LASNIER

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: August 20, 2014                    _____
                                                           The Honorable Vince Chhabria
                                                           United States District Judge