Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
WILLIAM BENTKOWSKY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM BENTKOWSKY, <br><br> Plaintiff, <br><br> v. <br><br> BENCHMARK RECOVERY, INC., a Washington corporation, and JEFFREY J. LASNIER, individually and in his official capacity, <br><br> Defendants. | Case No. 3:13-CV-01252-VC-JCS <br><br> **STIPULATION AND [PROPOSED] ORDER RE FILING CERTAIN DOCUMENTS UNDER SEAL** |

The parties, having met and conferred on the issue consistent with the terms of the <u>Protective Order for Litigation Involving Confidential Information and Trade Secrets</u> (Doc. 73) entered in this action on July 30, 2014, hereby stipulate and agree that, pursuant to Civil Local Rule 7-11 and Civil Local Rule 79-5(d), either party may file the following document under seal so that it may be considered by the court in connection with the motions for summary judgment in this action:

    1.   Document titled "Collection Agency Agreement," Bates-numbered BENTKOWSKY-BRI000164 to BENTKOWSKY-BRI000168, inclusive.

By so stipulating, Plaintiff does not agree that the document qualifies for protection under the Protective Order, and has only agreed that it may be filed under seal so that the Court can determine whether it qualifies for protection.

IT IS SO STIPULATED.

                                    CONSUMER LAW CENTER, INC.

Dated: August 28, 2014          By: /s/ Fred W. Schwinn
                                              Fred W. Schwinn, Esq.
                                              Attorney for Plaintiff
                                              WILLIAM BENTKOWSKY

                                    KRONICK, MOSKOVITZ,
                                    TIEDEMANN & GIRARD

Dated: August 28, 2014          By: /s/ June D. Coleman
                                              June D. Coleman, Esq.
                                              Attorney for Defendants
                                              BENCHMARK RECOVERY, INC.,
                                              and JEFFREY J. LASNIER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: September 4, 2014                         /s/
                                              The Honorable Vince Chhabria
                                              United States District Judge