1  Fred W. Schwinn  (SBN 225575)
   Raeon R. Roulston  (SBN 255622)
2  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
3  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
4  Facsimile Number: (408) 294-6190
   Email Address: fred.schwinn@sjconsumerlaw.com
5
6  Attorneys for Plaintiff
   WILLIAM BENTKOWSKY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| WILLIAM BENTKOWSKY, | Case No. 3:13-CV-01252-VC-JCS |
|---|---|
| Plaintiff, | **REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |
| v. | |
| BENCHMARK RECOVERY, INC., a Washington corporation, and JEFFREY J. LASNIER, individually and in his official capacity, | Hearing Date:     October 16, 2014<br>Hearing Time:     10:00 a.m.<br>Hearing Judge:    Vince Chhabria<br>Hearing Courtroom: 4, 17th Floor<br>Hearing Location: 450 Golden Gate Avenue<br>                   San Francisco, California |
| Defendants. | |

Fred W. Schwinn, counsel for Plaintiff, WILLIAM BENTKOWSKY, respectfully requests permission to appear by telephone at the hearing on the parties' Motions for Summary Judgment in the above-entitled action.  Mr. Schwinn's office is located in San Jose, 50 miles from the Courthouse in this matter.

oo0oo

|  |  |
|---|---|
|  | CONSUMER LAW CENTER, INC. |
| Dated: October 9, 2014 | By: /s/ Raeon R. Roulston<br>Fred W. Schwinn  (SBN 225575)<br>Raeon R. Roulston  (SBN 255622)<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, California  95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com<br>Attorneys for Plaintiff<br>WILLIAM BENTKOWSKY |

## **ORDER**

The Court hereby grants the request of Fred W. Schwinn to appear by telephone at the hearing on the parties' Motions for Summary Judgment.

IT IS SO ORDERED.

Date: October 9, 2014

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**DENIED**

Judge Vince Chhabria