UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BENTKOWSKY,<br>    Plaintiff,<br>v.<br>BENCHMARK RECOVERY, INC, et al.,<br>    Defendants. | 13-cv-01252-VC<br><br>**JUDGMENT** |

The Court, having granted the plaintiff's motion for summary judgment, now enters judgment in favor of the plaintiff and against the defendants.  Benchmark Recovery is ordered to pay Bentkowsky $2,000.

**IT IS SO ORDERED.**

Dated:  November 3, 2014

_____
VINCE CHHABRIA
United States District Judge