JUNE D. COLEMAN, State Bar No. 191890
*jcoleman@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendants BENCHMARK RECOVERY, INC. and JEFFREY J. LASNIER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM BENTKOWSKY, <br><br> Plaintiff, <br><br> v. <br><br> BENCHMARK RECOVERY, INC., a Washington corporation, and JEFFREY J. LASNIER, individually and in his official capacity, <br><br> Defendants. | Case No. 3:13-cv-01252-VC <br><br> [PROPOSED] ORDER ~~GRANTING~~ **DENYING** MOTION TO APPEAR BY TELEPHONE AT HEARING ON MOTIONS TO ALTER OR AMEND JUDGMENT <br><br> Date: January 15, 2015 <br> Time: 10:00 a.m. <br> Crtrm.: 4, 17th Floor <br><br> Hon. Vince Chhabria |

The motion of counsel of record for Defendants BENCHMARK RECOVERY, INC. and JEFFREY J. LASNIER to participate by telephone at the hearing of the motions scheduled for January 15, 2015, at 10:00 a.m. is hereby ~~granted~~ denied.

DATED: __January 14__, 2015

_____
Vince Chhabria

*[DENIED stamp — Judge Vince Chhabria]*