1 | Fred W. Schwinn  (SBN 225575)
2 | Raeon R. Roulston  (SBN 255622)
  | CONSUMER LAW CENTER, INC.
3 | 12 South First Street, Suite 1014
  | San Jose, California  95113-2418
4 | Telephone Number: (408) 294-6100
  | Facsimile Number: (408) 294-6190
5 | Email Address: fred.schwinn@sjconsumerlaw.com

6 | Attorneys for Plaintiff
  | WILLIAM BENTKOWSKY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| WILLIAM BENTKOWSKY, | Case No. 3:13-CV-01252-VC-JCS |
|---|---|
| Plaintiff, | **REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTIONS TO ALTER OR AMEND JUDGMENT AND [PROPOSED] ORDER** |
| v. | <span style="color:red">DENYING REQUEST</span> |
| BENCHMARK RECOVERY, INC., a Washington corporation, and JEFFREY J. LASNIER, individually and in his official capacity, | Hearing Date:     January 15, 2015<br>Hearing Time:     10:00 a.m.<br>Hearing Judge:    Vince Chhabria<br>Hearing Courtroom: 4, 17th Floor<br>Hearing Location: 450 Golden Gate Avenue<br>                  San Francisco, California |
| Defendants. | |

    Raeon R. Roulston, counsel for Plaintiff, WILLIAM BENTKOWSKY, respectfully requests permission to appear by telephone at the hearing on the parties' Motions to Alter or Amend Judgment in the above-entitled action.  Mr. Roulston's office is located in San Jose, 50 miles from the Courthouse in this matter.

oo0oo

|   |   |
|---|---|
| | CONSUMER LAW CENTER, INC. |
| Dated: January 12, 2015 | By: /s/ Raeon R. Roulston<br>Fred W. Schwinn  (SBN 225575)<br>Raeon R. Roulston  (SBN 255622)<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, California  95113-2418<br>Telephone Number: (408) 294-6100<br>Facsimile Number: (408) 294-6190<br>Email Address: fred.schwinn@sjconsumerlaw.com<br>Attorneys for Plaintiff<br>WILLIAM BENTKOWSKY |

**ORDER**

The Court hereby ~~grants~~ denies the request of Raeon R. Roulston to appear by telephone at the hearing on the parties' Motions for Summary Judgment.

IT IS SO ORDERED.

Date: January 14, 2015

**DENIED**
Judge Vince Chhabria

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*