UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BENTKOWSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENCHMARK RECOVERY, INC, et al.,<br><br>　　　　Defendants. | 13-cv-01252-VC<br><br>**AMENDED JUDGMENT** |

　　　The Court, having granted in part and denied in part the motions to alter the judgment filed by the plaintiff and the defendants, now issues this amended judgment. Judgment is entered in favor of the plaintiff and against the defendants. The letter sent by the defendants to the plaintiff violated the federal Fair Debt Collection Practices Act and therefore it also violated California's Rosenthal Fair Debt Collection Practices Act. Benchmark Recovery, Inc. and Jeffrey Lasnier are jointly and severally liable to the plaintiff in the amount of $1,000.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
VINCE CHHABRIA
United States District Judge