UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BENTKOWSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENCHMARK RECOVERY, INC, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-01252-VC<br><br>**ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Re: Dkt. No. 105 |

　　　The plaintiff's unopposed motion for attorney's fees and costs is granted. The plaintiff is awarded fees and costs in the amount of $81,615.45. The hearing scheduled for March 26, 2015 is vacated. The award reflects a small reduction from the final amount requested by the plaintiff based on the elimination of the need to prepare for and attend the hearing.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
VINCE CHHABRIA
United States District Judge